Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_RK.office@speakeasy.net

Attorneys for Plaintiff Dorothy A. Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DOROTHY A. MORALES, | Case No.: 1:09-cv-1985-SKO |
| Plaintiff, | STIPULATION FOR DISMISSAL; AND ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE Sheila K. Oberto, United States District Court, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

1    IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (A) (ii) the above
3 captioned matter be dismissed with each side to bear its own costs.

4 DATE: July 27, 2010              Respectfully submitted,

5                    LAW OFFICES OF ROHLFING & KALAGIAN, LLP

6                         /s/ *Laura E. Krank*
7               BY:_____
                   Laura E. Krank
8                  Attorney for plaintiff Dorothy A. Morales

9 DATED: July 27, 2010
                                  BENJAMIN B. WAGNER
10                                United States Attorney

11
                              /s/ *Shea L. Bond*
12              BY: _____
                  Shea L. Bond
13                Special Assistant United States Attorney
                  Attorneys for Defendant
14                *(Per e-mail authorization)

15

16                              **<u>ORDER</u>**

17    Upon the parties' stipulation, it is ORDERED that this matter be
18 DISMISSED, with each side to bear its own costs.

19

20

21 IT IS SO ORDERED.

22    Dated:   **August 4, 2010**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-2-